686

■ In the Matter of WILLIAM J. FOWL, Respondent, v. ALBERT T. HAYDUK et al., Constituting the Board of Elections of the County of Westchester, Respondents, and ROBERT W. COOK, Appellant.— In a proceeding to validate petitions designating petitioner-respondent as the candidate of the Taxpayer Party in the general election to be held on November 5, 1974 for the public office of Councilman of the Town of New Castle, the appeal is from so much of a judgment of the Supreme Court, Westchester County, entered October 18, 1974, as (1) overruled the determination of the respondent Board of Elections that the designating petitions are invalid in certain respects and (2) determined that signatures on the designating petitions which were not accompanied by an indication of any election district or town residence at the last preceding general election were valid. Judgment affirmed insofar as appealed from, without costs. No opinion. Latham, Acting P. J., Shapiro, Christ, Benjamin and Munder, JJ., concur.

■ FREDERICK R. SMITH, JR., et al., Respondents-Appellants, v. SIDNEY BOXER et al., Appellants-Respondents.— On the court's own motion, its decision and order, both dated October 9, 1974, are recalled and vacated and the following new decision is rendered: Motion by appellants-respondents for reargument of appeal from an order of the Supreme Court, Putnam County, dated November 15, 1973, or for leave to appeal to the Court of Appeals from an order of this court dated July 29, 1974, which determined said appeal. Cross motion by plaintiff China-Barrett Association (1) for reargument and reconsideration of its cross appeal from said order of November 15, 1973 and (2) to reinstate said plaintiff as a party plaintiff on behalf of its members. Cross motion denied. Motion by appellants-respondents denied insofar as it is for leave to appeal and granted insofar as it is for reargument and, on reargument, the determination of July 29, 1974 is adhered to, except that the provisions " with $20 costs and disbursements to plaintiffs " is deleted and the following is substituted therefor: " without costs ". Hopkins, Acting P. J., Martuscello, Latham, Benjamin and Munder, JJ., concur.

## (October 28, 1974)

■ VIOLA BRISETTE, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Motion by appellant to amend decision of this court, dated September 23, 1974, or in the alternative to reargue her appeal from a judgment of the Supreme Court, Queens County, entered November 12, 1970. Motion denied, without costs. On the court's own motion, its decision dated September 23, 1974 is amended by adding the following provision to the end of the last paragraph thereof: " Finally, it is our view that, upon the laying of a proper foundation, plaintiff's medical expert witness should be allowed to testify as to the causation, nature and extent of the decedent's injuries." Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur. [45 A D 2d 960.]